**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

**KARL REMY NKOGHE ETOUGHE,**

**Petitioner,**

**v.**

**WARDEN DIAMONDBACK CORRECTIONAL FACILITY, et al.,**

**Respondents.**

**Case No. CIV-26-2461-JD**

# ORDER

Respondents notified the Court that Petitioner was scheduled for removal to Gabon on October 5, 2026. Doc. 7; Doc. 8, at 2-3. The Court orders Respondents to update the Court regarding the status of Petitioner's removal to Gabon and to provide any documentation either demonstrating Petitioner's removal or the steps Respondents are taking to facilitate his removal. The update is due to the Court on or before **October 30, 2026**.

**SO ORDERED** this 27th day of October, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE