**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KARL REMY NKOGHE ETOUGHE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN DIAMONDBACK CORRECTIONAL FACILITY, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-002461-JD |

**ORDER**

Before the Court is Respondents' Notice of Petitioner's Removal, notifying the Court that "Petitioner was removed from the United States via airplane on October 6, 2026." [Doc. No. 11 at 1]. The exhibit attached to the Notice corroborates this. [Doc. No. 11-1 at 1–2]. In the absence of custody, there is no unlawful custody to which a writ of habeas corpus may be directed, so this action is moot. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006).

Consequently, the Court cancels its prior referral of this case to Magistrate Judge Suzanne Mitchell [Doc. No. 4] and dismisses the Petition for Writ of Habeas Corpus [Doc. No. 1] as moot and without prejudice. The Court further denies as moot Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction Prohibiting Removal Pending Resolution. [Doc. No. 9]. A separate judgment will follow.

IT IS SO ORDERED this 29th day of October 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE